**U.S. Department of Justice**

> Application granted. The initial pretrial conference currently scheduled for May 4, 2022 at 2:30 p.m. is adjourned to May 9, 2022 at 3:30 p.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 12.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 24, 2022

**BY ECF**

The Honorable Philip M. Halpern
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

*Re: United States v. Colasuonno*, No. 21 Civ. 10877 (PMH)

Dear Judge Halpern:

      This Office represents the United States of America (the "Government"), in the above-referenced action brought against Philip Colasuonno ("Defendant"). I write respectfully pursuant to Part 1.C of the Court's Individual Practices to request an adjournment of the initial pretrial conference currently scheduled for May 4, 2022, at 2:30 p.m. on account of a conflict with oral argument before the Court of Appeals for the Second Circuit. This is the Government's first request for an adjournment of the conference, and Defendant consents to this application.

      On February 18, 2022, the Court issued a notice of initial conference for May 4, 2022, at 2:30 p.m. Dkt. No. 8. On March 18, 2022, I received notice from the Second Circuit that oral argument in the matter of *Ward v. United States*, No. 21-2648, has been calendared for oral argument on May 4, 2022, at 2:00 p.m. Pursuant to 2d Cir. Rule 34.1(a), I had previously indicated my dates of availability for oral argument to the Second Circuit on February 7, 2022, prior to the scheduling of the initial conference in this matter.

      Because of the conflict between oral argument in the *Ward* matter and the initial conference in this matter, the Government respectfully requests that the Court adjourn the initial conference. The parties have conferred, and counsel for the parties are generally available on May 5, 9, and 10, if the Court is available.

      Accordingly, we respectfully request that the Court adjourn the initial conference on May 4, 2022, to a date convenient to the Court and to the parties. Defendant consents to this request. No other deadlines would be affected by the requested extension.

Case 7-21-cv-10877-PMH Document 12 Filed in NYSD on 03/23/2022 Page 2 of 2
Case 7:21-cv-10877-PMH Document 13 Filed 03/24/22 Page 2 of 2

The Honorable Philip M. Halpern
Page 2

We thank the Court for its consideration of this request.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

           By: s/ Anthony J. Sun
              ANTHONY J. SUN
              Assistant United States Attorney
              86 Chambers St., 3rd Floor
              New York, New York 10007
              (212) 637-2810

cc: All counsel of record (via ECF)