UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

PHILIP COLASUONNO,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

21 Civ. 10877 (JCM)

      On November 6, 2023, Plaintiff the United States of America filed for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. (Docket No. 37). Defendant Philip Colasuonno opposed the motion on December 22, 2023. (Docket No. 44). However, Defendant's memorandum of law is unsigned and, therefore, in violation of Rule 11 of the Federal Rules of Civil Procedure.

      Accordingly, Defendant is directed to refile an executed version of his previously submitted memorandum of law by March 8, 2024.

Dated:   March 5, 2024
         White Plains, New York

                                          **SO ORDERED:**

                                          _____
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge