**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                        21 **CIVIL** 10877 (JCM)

         -against-                             **JUDGMENT**

PHILIP COLASUONNO,

                        Defendant.
--------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Opinion and Order dated March 21, 2024, Plaintiff's motion for summary

judgment is granted.  Judgment is entered for Plaintiff; accordingly, this case is closed.

**Dated:**  New York, New York
         March 21, 2024

                                         **RUBY J. KRAJICK**
                                  _____
                                      **Clerk of Court**

           **BY:**        K. Mango

                                    _____
                                      **Deputy Clerk**